ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 2 2007

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORP., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Civil Action No. 3:07cv1335-L |
| AMERICAN HOME MORTGAGE CORP., | ) ) ) ) |
| Defendant. | ) |

SUPPLEMENTAL DECLARATION OF THOMAS B. ALLEMAN

Thomas B. Alleman, of lawful age and duly sworn upon oath, states:

1. My name is Thomas B. Alleman. I am over 21 years of age and competent to make this Declaration. My testimony in this Declaration rests upon my personal knowledge.

2. I am counsel for Plaintiff in this matter. I am admitted to practice in the state of Texas (Bar No. 01017485), this Court, the United States Supreme Court, the United States Court of Appeals for the Fifth Circuit, and numerous other federal district and appellate courts.

3. On August 2, 2007, after returning from Court to file this action, I transmitted file stamped copies of the Complaint, Certificate of Interested Persons, and Declarations of Ronald Ratcliffe and Thomas B. Alleman to John Kalas, in-house counsel at American Home Mortgage. Mr. Kalas sent those on to Mr. Friedman, AHM's

Texas counsel.

4.   During a telephone call with Mr. Kalas this morning after filing the suit papers, I was advised by him that Defendant takes the position that the files being sought will not be released.

5.   I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that this statement is true and correct.

Executed this 2d day of August, 2007.

_____
Thomas B. Alleman